UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-Cr-80108-2-Hurley

UNITED STATES OF AMERICA,

v.

LARON LANECE LARKIN,

      Defendant.
_____/

REPORT & RECOMMENDATION

      Defendant, LARON LANECE LARKIN, appeared before the Court on December 10, 2015, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally convicted of conspiracy to steal government funds, in violation of 18 U.S.C. § 371, and aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1). She was thereafter sentenced to 36 months and one day in prison, to be followed by three years of supervised release. On May 20, 2014 the Court granted Defendant's Motion for a Reduction of Sentence and entered an Amended Judgment, reducing Defendant's term of imprisonment to 22 months.

      After serving the prison portion of her sentence, Defendant began her term of supervised release on April 22, 2015. She is now charged with the following supervised release violations: (1) possessing or using marijuana on four separate occasions from July 2015 through August 2015, as evidenced her submissions of urine specimens during this timeframe; (2) failing to participate in an approved treatment program; (3) failing to

participate in the Residential Reentry Center; (4) failing to satisfy court-ordered restitution; and (5) failing to maintain full-time, legitimate employment.

Defendant freely, knowingly, and voluntarily admitted to all five violations as charged and, through counsel, stated her wish to proceed to sentencing as soon as possible. Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find Defendant guilty of committing the five violations of supervised release as charged. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Daniel T. K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Daniel T. K. Hurley, within 14 days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See U.S. v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 11th day of December, 2015.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE